ARTHUR COMISKEY, Respondent, v ANNIE BLITZ, Appellant. [643 NYS2d 413]

We agree with the Supreme Court that there are material issues of fact which require a trial (*see,* CPLR 3212 [b]). Rosenblatt, J. P., Sullivan, Copertino, Santucci and Goldstein, JJ., concur.